# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

RONALD HUSBAND                                                                                                   PLAINTIFF

VS.                                             CIVIL ACTION NO. 5:09-CV-118-DCB-MTP

CORRECTIONS CORPORATION OF AMERICA                      DEFENDANT

## ORDER

THIS MATTER is before the court upon Plaintiff's letter motion [21] requesting that he be transferred from Wilkinson County Correctional Facility (WCCF) to Central Mississippi Correctional Facility (CMCF). Having considered the motion, the court finds that it is not well-taken and should be denied.

Plaintiff has no constitutional right to be incarcerated in a certain facility, even if life in one prison may be much more disagreeable than in another. *See Olim v. Wakinekona*, 461 U.S. 238, 245 (1983); *Steward v. Kelly*, 2006 WL 3825236, at * 4 (N.D. Miss. Dec. 27, 2006); *Ready v. Fleming*, 2002 WL 1610584, at * 3 (N.D. Tex. July 19, 2002); *Hines v. Cain*, 2007 WL 891880, at * 14 (E.D. La. Mar. 20, 2007). Moreover, it is well-settled that prison officials are given wide latitude in the daily operations of the prison system, and the courts are reluctant to interfere unless presented with substantial evidence of patently unreasonable conduct. *See Bell v. Wolfish*, 441 U.S. 520, 547-48 (1979). Indeed, with respect to housing location, "prison administrators are accorded an exceptionally high level of deference." *Mitchell v. Sizemore*, 2010 WL 457145, at * 3 (E.D. Tex. Feb. 5, 2010).

In support of his motion, Plaintiff avers, without explanation, that the requested transfer would be "in the interest of preventing a future conflict of interest." *See* motion [21] at 1. The court finds that this vague allegation does not justify the extraordinary relief sought by Plaintiff.

Accordingly,

      IT IS ORDERED that Plaintiff's motion [21] requesting transfer from WCCF to CMCF is denied.

      IT IS FURTHER ORDERED that all other relief sought in the motion is denied.[1]

      SO ORDERED on this 19th day of April, 2010.

                                          s/ Michael T. Parker
                                          United States Magistrate Judge

---

[1] Plaintiff also requests in his motion that he "be allowed an Incompatible on file against all CCA-WCCF Administrative officials and staff personnal [sic] name in the Civil Lawsuit I have pending in U.S. District Court." *See* motion [21] at 1. The court is unable to determine what relief Plaintiff is seeking by this request.